**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,** | |
| Plaintiff, | |
| v. | CASE NO.  2:16-cv-796-JRG-RSP |
| **AUDIOCODES, INC.,** | |
| Defendant. | **PATENT CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
AUDIOCODES, INC. TO RESPOND TO THE COMPLAINT**

Plaintiff Mod Stack LLC, on behalf of AudioCodes, Inc. ("AudioCodes"), files this unopposed motion requesting an additional 15-day extension for AudioCodes to respond to Mod Stack's complaint.  Mod Stack does not oppose AudioCodes' request.

AudioCodes previously sought and was granted two extensions totaling forty-five (45) days. AudioCodes's answer is currently due on September 26, 2016, and requests an extension to October 11, 2016.  Good cause exists for this additional extension. This additional extension is needed to allow the parties to further settlement discussions.

Dated:  September 21, 2016               Respectfully submitted,

                                   */s/ David R. Bennett*

By:  David R. Bennett
      Direction IP Law
      P.O. Box 14184
      Chicago, IL 60614-0184
      Telephone: (312) 291-1667
      e-mail:  dbennett@directionip.com

**ATTORNEY FOR PLAINTIFF
MOD STACK LLC**

## CERTIFICATE OF CONFERENCE

I certify that I communicated with counsel for AudioCodes, Inc. by telephone and e-mail. AudioCodes, Inc., has requested the extension and Mod Stack does not oppose the extension.

*/s/ David R. Bennett*
David R. Bennett

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 21, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.

*/s/David R. Bennett*
David R. Bennett