THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOD STACK LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>AUDIOCODES, INC.,<br><br>METASWITCH NETWORKS CORP.,<br><br>　　Defendants. | 2:16-cv-796 JRG-RSP<br>(LEAD CASE)<br><br>2:16-cv-798-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Metaswitch Networks Corp. ("Defendant") files this Notice of Appearance of Counsel, and hereby notifies the Court that Vasiliy Mayer, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated:  November 3, 2016						Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Vasiliy Mayer*
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128
William B. Collier, Jr.
collier@fr.com
Texas Bar No. 24097519
Vasiliy Mayer
mayer@fr.com
Texas Bar No. 24099901

1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANT
METASWITCH NETWORKS CORP.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vasiliy Mayer*
Vasiliy Mayer