**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,**<br>　　　　Plaintiff,<br>　v.<br><br>**AUDIOCODES, INC.,**<br>　　　　Defendant. | CASE NO. 2:16-cv-796-JRG-RSP<br>(LEAD CASE) (CONSOLIDATED)<br><br>**PATENT CASE** |
| **METASWITCH NETWORKS CORP.,**<br>　　　　Defendant. | CASE NO. 2:16-cv-798-JRG-RSP<br>(CONSOLIDATED) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT
BETWEEN MOD STACK LLC AND METASWITCH NETWORKS CORP.**

Plaintiff, Mod Stack LLC ("Mod Stack") and Defendant Metaswitch Networks Corp. ("Metaswitch") file this Joint Motion to Stay All Deadlines and Notice of Settlement as between Mod Stack and Metaswitch and respectfully move this Court to stay all unreached deadlines and stay the entry of a Docket Control Order for 30 days as between Mod Stack and Metaswitch.

All matters in controversy between Mod Stack and Metaswitch have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines and stay the entry of a Docket Control Order for 30 days so that appropriate dismissal papers may be submitted.

Mod Stack and Metaswitch agree to this joint motion.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

Dated: December 2, 2016　　　　　　　*/s/ David R. Bennett*
　　　　　　　　　　　　　　　　　　　David R. Bennett
　　　　　　　　　　　　　　　　　　　(Illinois Bar No. 6244214)
　　　　　　　　　　　　　　　　　　　(Admitted E.D. Texas)
　　　　　　　　　　　　　　　　　　　DIRECTION IP LAW
　　　　　　　　　　　　　　　　　　　P.O. Box 14184

Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail:  dbennett@directionip.com
**Counsel for Plaintiff Mod Stack LLC**

## CERTIFICATE OF CONFERENCE

I certify that I communicated with counsel for Metaswitch Networks Corp. by email. Metaswitch Networks Corp. agrees to this Joint Motion.

*/s/ David R. Bennett*
David R. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on this December 2, 2016 with a copy of this email via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ David R. Bennett*
David R. Bennett