# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOD STACK LLC,**<br>    Plaintiff,<br>v.<br>**AUDIOCODES, INC.**,<br>    Defendant. | CASE NO.  2:16-cv-796-JRG-RSP<br>(LEAD CASE) (CONSOLIDATED)<br><br>**PATENT CASE** |
| **METASWITCH NETWORKS CORP.,**<br>    Defendant. | CASE NO.  2:16-cv-798-JRG-RSP<br>(CONSOLIDATED) |

## ORDER

The Agreed Motion to Dismiss Metaswitch Networks Corp. Pursuant to Rule 41(a)(2), which requests the dismissal of all claims and counterclaims asserted between Plaintiff Mod Stack LLC and Defendant Metaswitch Networks Corp., is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Metaswitch Networks Corp. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 18th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE